ELG/mjw    04-08-03

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE HOMAN, et. al., | ) | CASE NO.   5:02 CV 1738 |
| | ) | 5:00 CV 1326 |
| Plaintiffs, | ) | JUDGE ADAMS |
| -vs- | ) | |
| CUYAHOGA FALLS GENERAL HOSPITAL, et al., | ) | **EXHIBITS TO THE PLAINTIFFS' RESPONSE TO THE DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST HOMAN, AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST SAMSON** |
| Defendants | ) | |

# VOLUME I (of II)

COMPLETE DOCUMENT ON
FILE IN CLERK'S OFFICE

ELG/mjw     04-08-03



# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE HOMAN, et. al., | ) | CASE NO.   5:02 CV 1738 |
| | ) | 5:00 CV 1326 |
| | ) | |
| | ) | JUDGE ADAMS |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **EXHIBITS TO THE PLAINTIFFS'** |
| CUYAHOGA FALLS GENERAL | ) | **RESPONSE TO THE DEFENDANTS'** |
| HOSPITAL, et al., | ) | **MOTION TO DISMISS OR IN THE** |
| | ) | **ALTERNATIVE FOR SUMMARY** |
| Defendants | ) | **JUDGMENT, DEFENDANTS' MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| | ) | **AGAINST HOMAN, AND** |
| | ) | **DEFENDANTS' MOTION FOR** |
| | ) | **SUMMARY JUDGMENT AGAINST** |
| | ) | **SAMSON** |

# VOLUME II (of II)

COMPLETE DOCUMENT ON
FILE IN CLERK'S OFFICE