ELG/mjw     04-08-03

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE HOMAN, et. al., | ) | CASE NO.  5:02 CV 1738 |
| | ) | 5:00 CV 1326 |
| | ) | |
| | ) | JUDGE ADAMS |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| CUYAHOGA FALLS GENERAL | ) | **JOINT NOTICE OF DISMISSAL** |
| HOSPITAL, et al., | ) | |
| | ) | |
| Defendants | ) | _____ |

Now come the Parties, by and through the undersigned, and hereby state that they have resolved their differences and dismiss this case with prejudice.

Respectfully submitted,

**SLATER, ZURZ & GILBERT**

/s/ Edward L. Gilbert
Edward L. Gilbert (0014544)
Attorney for Plaintiff
One Cascade Plaza, Ste. 825
Akron, Ohio 44308
(330) 376-8855
(330) 376-8857 FAX

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Notice of Dismissal was electronically filed on August 13, 2003. Notice of this filing will be sent to all parties by operation of the Court s electronic filing system. Parties may access this filing through the Court s system.

/s/ Edward L. Gilbert
Edward L. Gilbert (0014544)
Attorney at Law